UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLIN SPINK,<br><br>        Plaintiff,<br><br>   -against-<br><br>DUTCHESS COUNTY SHERIFF'S DEPARTMENT,<br><br>        Defendant. | 25-CV-5839 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  On October 2, 2025, the Court issued an Order to Show Cause for failure to prosecute or respond to Defendant's pending Motion to Dismiss. ECF No. 9. On October 12, Plaintiff submitted a Letter demonstrating good cause. ECF No. 13. The Court hereby ACCEPTS Defendant's late-filed Opposition to Defendant's Motion to Dismiss at ECF Nos. 10–12. Defendant's reply is due by **October 24, 2025**.

  The parties are encouraged to review Local Civil Rule 6.1 of the Southern District of New York. Where divergence from the Local Rules is requested, the parties should submit a separate letter-motion to the Court requesting an extension or alternate briefing schedule in accordance with Rule 2(e) of the Court's Individual Rules and Practices in Civil Cases.

Dated: October 16, 2025
    New York, New York

                    SO ORDERED.

                    *Jessica Clarke*
                    _____
                    JESSICA G. L. CLARKE
                    United States District Judge